Leslie R. Weatherhead
William M. Symmes
Witherspoon, Kelley, Davenport & Toole, P.S.
1100 U.S. Bank Building
422 West Riverside Avenue
Spokane, Washington  99201-0300
Phone:  509-624-5265
Fax: 509-458-2717
Attorneys for Plaintiffs

The Honorable Fred Van Sickle

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

STERLING FINANCIAL CORPORATION, a Washington corporation; and STERLING SAVINGS BANK, a Washington state-chartered bank,

          Plaintiffs,

v.

CLYDE CONKLIN and Jane Doe Conklin, and the marital community of Clyde and Jane Doe Conklin; and BANK OF WHITMAN, a Washington state-chartered bank,

          Defendants.

No. CV-07-0038-FVS

**ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

BEFORE THE COURT is Plaintiffs' Motion for Preliminary Injunction (Ct.Rec.2). The Court heard oral argument on this motion during a telephonic hearing held on

PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 1

WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0300
(509) 624-5265

February 14, 2006. Plaintiffs were represented by Leslie R. Weatherhead of Witherspoon, Kelley, Davenport & Toole. Defendant Clyde Conklin ("Defendant Conklin") was represented by Michael Scott and Amit Ranade of Hillis Clark Martin & Peterson. Defendant Bank of Whitman was represented by Daniel Huntington of Richter-Wimberley, Guy Nelson and Gary Libey of Libey, Ensley, Esser & Nelson. The Court has reviewed the materials submitted by the parties, has heard arguments of counsel, and is fully informed.

The Court determines that serious questions are at issue with respect to Plaintiffs' claims for injunctive relief and that the balance of the equities tips strongly in favor of Plaintiffs. The Court concludes that preliminary injunctive relief is appropriate and necessary. Accordingly,

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion for Preliminary Injunction (Ct.Rec.2) is **GRANTED**.

2. This preliminary injunction shall become effective when Sterling files a surety bond in the amount of $500,000.00 with the Clerk of the Court of the United States District Court for the Eastern District of Washington. This preliminary injunction and bond shall remain in effect until further order of the Court.

3. Defendant Conklin shall not use or disclose any knowledge of the past, present, planned or considered business activities of FirstBank Northwest Corporation to any person, firm, corporation, business, or entity for any reason or purpose. Knowledge of "business

PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 2

WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0300
(509) 624-5265

activities" includes information Mr. Conklin learned about FirstBank's customers while Mr. Conklin worked at FirstBank.

4. Defendant Conklin shall not conduct business for or with the Bank of Whitman or any other competitor of Sterling in any of the following counties:

Asotin County, Washington;
Spokane County, Washington;
Ada County, Idaho;
Canyon County, Idaho;
Idaho County, Idaho;
Kootenai County, Idaho;
Latah County, Idaho;
Nez Perce County, Idaho;
Baker County, Oregon;
Grant County, Oregon;
Harney County, Oregon;
Malheur County, Oregon;
Umatilla County, Oregon;
Union County, Oregon; and
Wallowa County Oregon.

5. Conklin shall not interfere with Sterling's relationships with customers it acquired from FirstBank or compete with Sterling using or disclosing FirstBank's confidential information (as acquired by Sterling) regarding FirstBank's customers (as acquired by Sterling) and knowledge of the past, present, planned or considered business activities of Sterling as successor in interest to FirstBank.

6. The Bank of Whitman shall not use FirstBank's proprietary or confidential business information (as acquired by Sterling) obtained through Defendant Conklin to

PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 3

WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0300
(509) 624-5265

compete with Sterling or to interfere with Sterling's relationships with its customers (acquired with FirstBank).

IT IS SO ORDERED. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

DATED this _20th___ day of February, 2007.

                                s/ Fred Van Sickle
                                Fred Van Sickle
                                United States District Judge

Presented By:

WITHERSPOON KELLEY DAVENPORT & TOOLE

 /s/ Leslie R. Weatherhead
By: Leslie R. Weatherhead
Attorneys for Plaintiff Sterling Savings Bank et al.

Approved as to Form:

HILLIS CLARK MARTIN & PETERSON

 /s/ Telephonically Approved
By: Michael Scott
Attorneys for Defendant Clyde Conklin


RICHTER WIMBERLY

 /s/ Telephonically Approved
By Daniel Huntington
Attorneys for Defendant Bank of Whitman

PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 4

WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0300
(509) 624-5265